IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JAMES KUYKENDALL and<br>DONNA KIRKWOOD,<br>Plaintiffs | §<br>§<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. 1:23-CV-00113-SH |
| LIBERTY INSURANCE CORPORATION,<br>Defendant | §<br>§<br>§ | |

**JOINT ALTERNATIVE DISPUTE RESOLUTION REPORT**

Pursuant to Western District Local Rule CV-88 and the scheduling order in this case, Plaintiffs James Kuykendall and Donna Kirkwood and Defendant Liberty Insurance Corporation submit this Joint Alternative Dispute Resolution Report.

1. The parties are engaging in initial settlement negotiations. Plaintiffs made their initial settlement demand pursuant to the scheduling order. Defendant's deadline to respond to the Plaintiffs' demand is November 6, 2023.

2. The individuals responsible for settlement negotiations are Jon Michael Smith for Plaintiffs and Catherine L. Hanna for Defendant.

3. Both Plaintiffs and Defendant have been advised of the ADR procedures available. They prefer mediation and may schedule one if necessary. If the parties mediate they will report to the court as to the outcome.

Dated: October 16, 2023

Respectfully submitted,

_*/s/Jon Smith*____________________
JON MICHAEL SMITH
State Bar No. 18630750
3305 Northland Drive
Suite 500
Austin, Texas 78731
Telephone: (512) 371-1006
Facsimile: (512) 476-6685
jon@jonmichaelsmith.com

***ATTORNEY FOR PLAINTIFFS***

Hanna & Plaut, L.L.P.
211 East Seventh Street, Suite 600
Austin, Texas 78701
Telephone: (512) 472-7700
Facsimile: (512) 472-0205

By: /s/ Catherine L. Hanna________
Catherine L. Hanna
State Bar No. 08918280
channa@hannaplaut.com
Derick W. Lancaster
State Bar No. 24099877
dlancaster@hannaplaut.com

***ATTORNEYS FOR DEFENDANT***
***LIBERTY INSURANCE CORPORATION***

**CERTIFICATE OF SERVICE**

I, Jon Michael Smith, do hereby certify that pursuant to Fed.R.Civ.P.5, a true and correct copy of the foregoing document has been forwarded via the Case Management / Electronic Case Files ("CM/ECF") system and via email on October 16, 2023, to the following counsel of record:

Catherine L. Hanna channa@hannaplaut.com
Derick W. Lancaster dlancaster@hannaplaut.com
HANNA & PLAUT, LLP
211 East Seventh Street
Suite 600
Austin, Texas 78701
***ATTORNEYS FOR DEFENDANT***

__*/s/Jon Smith*______________
Jon Michael Smith