**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **JAMES KUYKENDALL and** | § | |
| **DONNA KIRKWOOD,** | § | |
| ***Plaintiffs,*** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 1:23-cv-00113-SH** |
| | § | |
| **LIBERTY INSURANCE CORPORATION,** | § | |
| ***Defendant.*** | § | |

## JOINT NOTICE OF SETTLEMENT

COME NOW Plaintiffs, James Kuykendall and Donna Kirkwood, and Defendant, Liberty Insurance Corporation, by and through their undersigned counsel hereby file this Joint Notice of Settlement that the parties have reached a settlement of the disputes pending in this litigation. A notice of dismissal will be filed as soon as the appropriate release and other appropriate documents have been executed.

Respectfully submitted this 5th day of February, 2024.

*{Signatures on the following page.}*

**AGREED:**

**HANNA & PLAUT, L.L.P.**
211 East Seventh Street, Suite 600
Austin, Texas 78701
Telephone: (512) 472-7700
Facsimile: (512) 472-0205

By: *__/s/ Catherine L. Hanna__*
Catherine L. Hanna
State Bar No. 08918280
channa@hannaplaut.com
Derick W. Lancaster
State Bar No. 24099877
dlancaster@hannaplaut.com

**ATTORNEYS FOR DEFENDANT LIBERTY INSURANCE CORPORATION**

**AND**

**JON MICHAEL SMITH**
3305 Northland Drive, Suite 500
Austin, Texas 78731
Telephone: (512) 371-1006
Facsimile: (512) 476-6685

By: *__/s/ Jon Michael Smith (with permission)__*
Jon Michael Smith
State Bar No. 18630750
jon@jonmichaelsmith.com

**ATTORNEYS FOR PLAINTIFFS JAMES KUYKENDALL AND DONNA KIRKWOOD**