UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **JAMES KUYKENDALL AND DONNA KIRKWOOD,** | § § | |
| *Plaintiffs* | § § | **Case No. 1:23-CV-00113-SH** |
| **v.** | § § | |
| **LIBERTY INSURANCE CORPORATION,** | § § | |
| *Defendant* | | |

**O R D E R**

On February 5, 2024, the parties notified the Court that they had settled all claims in the above-styled lawsuit. Dkt. 38. Accordingly, the Court **ORDERS** the parties to file a Joint Stipulation of Dismissal and Proposed Final Judgment by **March 8, 2024**. It is **FURTHER ORDERED** that all pending motions (Dkts. 25 and 27) are **DISMISSED** as **MOOT** and all settings in this case are **HEREBY CANCELED**.

**SIGNED** on February 6, 2024.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE